# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of

A 2010 GMC Sierra with Arizona license plate number CNF5059 and VIN 3GTRKTE32AG267210

Case No. 21-4184mb

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of <u>Arizona.</u>
(identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before     <u>July 14, 2021</u>     .
                                                                  *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

<u>any Magistrate Judge on duty in Arizona.</u>
      *(name)*
☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*     ☐ for days *(not to exceed 30)*
                                                                  ☐ until, the facts justifying, the later specific date of                           .

Date and time issued: <u>June 30, 2021 at 4:41pm</u>     _____
                                                              *Judge's signature*

City and State:  <u>Flagstaff, Arizona</u>           <u>Honorable Camille D. Bibles, U.S. Magistrate Judge</u>
                                                              *Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

# RETURN

| Case No.: 21-4184mb | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|

Inventory Made in the Presence of:

Inventory of the property taken and name of any person(s) seized:

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title

## ATTACHMENT A

## PROPERTY TO BE SEARCHED

A 2010 GMC Sierra with Arizona license plate number CNF5059 and VIN 3GTRKTE32AG267210, currently parked at 1625 N. West St. in Flagstaff, Arizona.



## ATTACHMENT B

### ITEMS TO BE SEARCHED AND SEIZED

1. Any evidence of assault, including but not limited to blood, dried blood, substances that appear to be blood, and other biological evidence which may be found on surfaces in the interior or exterior of the vehicle.

2. Any weapon or items that could be used as a weapon or pieces/parts of a weapon related to the murder investigation.

3. Electronic communication devices, including, but not limited to cellular telephones, tablets, and associated removable media (such as SIM or removable memory cards), believed to have belonged to or to have been used by the vehicle's occupants.

4. Indicia of occupancy and/or ownership of the vehicle, including mail showing a person's address, receipts, vehicle title, registration, identification cards, and photographs of the items inside the vehicle.

5. Photographs and/or video of the vehicle and the things seized.

6. Any objects or containers including but not limited to water bottles, jugs, beer cans, cigarette butts, clothing, or any object or consumable item which may contain DNA.

7. Any property possibly belonging to S.W., including but not limited to a cell phone, purse, clothing, shoes, or backpack.

8. Any evidence that places the vehicle at the scene of the crime, to include but not limited to, ink and/or cast impressions of parts of the vehicle, i.e. tires, or seizing parts of the vehicle to be analyzed, i.e. tires, bumpers, side mirrors, etc.

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of:

**A 2010 GMC Sierra with Arizona license plate number CNF5059 and VIN 3GTRKTE32AG267210.**

)
)
)
)
)

Case No. 21-4184mb

### ELECTRONIC APPLICATION FOR SEARCH AND SEIZURE WARRANT

I, <u>F.B.I. Special Agent Brandon King</u>, a federal law enforcement officer for the government, request an electronic search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**See Attachment A.**

located in the District of Arizona, there is now concealed *(identify the person or describe the property to be seized)*:

**See Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

[X] evidence of a crime;
[X] contraband, fruits of crime, or other items illegally possessed;
[X] property designed for use, intended for use, or used in committing a crime;
[ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 1153 and 1111 | Murder |

The application is based upon the following facts:

[X] Continued on the attached sheet (see attached **Affidavit**).

[ ] Delayed notice _____ days (give exact ending date if more than 30 _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA Ryan Powell  *Ryan Powell*

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 6/30/2021

*Applicant's Signature*

Brandon King, F.B.I. Special Agent
*Printed Name and Title*

**Sworn by Telephone**

Date/Time: June 30, 2021 at 4:41 pm

Date: 06/30/2021

*Judge's Signature*

Camille D. Bibles,
United States Magistrate Judge
*Printed Name and Title*

City and State: Flagstaff, AZ

## ATTACHMENT A

## PROPERTY TO BE SEARCHED

A 2010 GMC Sierra with Arizona license plate number CNF5059 and VIN 3GTRKTE32AG267210, currently parked at 1625 N. West St. in Flagstaff, Arizona.



## ATTACHMENT B

### ITEMS TO BE SEARCHED AND SEIZED

1. Any evidence of assault, including but not limited to blood, dried blood, substances that appear to be blood, and other biological evidence which may be found on surfaces in the interior or exterior of the vehicle.

2. Any weapon or items that could be used as a weapon or pieces/parts of a weapon related to the murder investigation.

3. Electronic communication devices, including, but not limited to cellular telephones, tablets, and associated removable media (such as SIM or removable memory cards), believed to have belonged to or to have been used by the vehicle's occupants.

4. Indicia of occupancy and/or ownership of the vehicle, including mail showing a person's address, receipts, vehicle title, registration, identification cards, and photographs of the items inside the vehicle.

5. Photographs and/or video of the vehicle and the things seized.

6. Any objects or containers including but not limited to water bottles, jugs, beer cans, cigarette butts, clothing, or any object or consumable item which may contain DNA.

7. Any property possibly belonging to S.W., including but not limited to a cell phone, purse, clothing, shoes, or backpack.

8. Any evidence that places the vehicle at the scene of the crime, to include but not limited to, ink and/or cast impressions of parts of the vehicle, i.e. tires, or seizing parts of the vehicle to be analyzed, i.e. tires, bumpers, side mirrors, etc.

## AFFIDAVIT

I, Brandon King (Affiant), a Special Agent of the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state as follows.

## INTRODUCTION AND AGENT BACKGROUND

1. Your affiant, Brandon King, is a Special Agent (SA) of the FBI, and is currently assigned to the Flagstaff, Arizona Resident Agency of the FBI. I have been employed with the FBI since February 2019. I have been assigned to investigate violent crime on the Navajo Nation Indian Reservation in Arizona. I have received training from the FBI regarding the investigation of violent crime and crimes involving the use of electronic communications. For the reasons set forth below, there is probable cause to believe that evidence of a crime will be found in the 2010 GMC Sierra bearing Arizona license plate number CNF5059 with VIN 3GTRKTE32AG267210, as described in ATTACHMENT A.

2. The information contained in this affidavit is based upon my personal knowledge, training, experience, my consultation with other experienced law enforcement officers, and the investigation by other law enforcement officers. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts necessary to establish probable cause to support issuance of the requested search warrant.

## DETAILS OF INVESTIGATION

3. On June 11, 2021, at approximately 08:30 A.M., an individual identified as S.W., an enrolled member of Navajo Nation Indian Tribe, was found deceased on the

Navajo Nation Indian Reservation, in an open field 4.5 miles west of mile post 480 off Arizona State Highway 89A, in Cameron, Arizona. S.W. appeared to have suffered head trauma.

4. SA Jen Mulhollen arrived on scene at approximately 11:40 A.M. (Flagstaff Local Time). When SA Mulhollen arrived, the deceased had been removed and transported to the Coconino County Office of the Medical Examiner. SA Mulhollen processed the scene and collected shoe impressions and vehicle tire impressions.

5. On June 11, 2021, SA Jordan Filippi used a mobile biometrics application to positively identify the deceased as S.W.

6. On June 14, 2021, SA Mulhollen and Navajo Nation Criminal Investigator (CI) Phylishia Todecheene interviewed S.W.'s mother, K.N., who explained that S.W. was born as a male but identified as a female and went by a female name.

7. K.N. provided S.W.'s cell phone number as (808) 217-6414. S.W. had a black iPhone and had her own cellular account and did not share a cellular plan with anyone. S.W. typically communicated with family members by text messages or phone calls. S.W. always had her cell phone and would never leave it behind.

8. S.W. lived in Gap, Arizona, with her mother and sister. On Thursday, June 10, 2021, S.W. left the residence in Gap and told K.N. she was "just going up the road" and would return. At approximately 11:00 P.M., S.W. returned to the residence in Gap to retrieve her bag. K.N. heard what sounded like a loud truck outside. S.W. told K.N. that she was going to Red Lake.

2

9. K.N.'s granddaughter, K.G., spoke with and provided a ride to S.W. around 3:00 A.M. on Friday, June 11, 2021. S.W. contacted K.G. from her cell phone and said she was "stranded in Red Lake." S.W. used her phone to share her location with K.G. S.W. said she wanted to meet a friend at the store in Red Lake and that her friend was coming from Tuba City to pick her up. K.G. took S.W. to the store and saw a blue GMC pickup truck arrive. The truck was lifted, had tinted windows, big tires, and an LED light bar mounted on top of the windshield. S.W. got into the pickup truck and the truck drove off.

10. When S.W.'s body was found on June 11, 2021, her phone and bag were not located with her body.

11. On June 14, 2021, SA Mulhollen and CI Todecheene drove to the store in Red Lake, Arizona. SA Mulhollen spoke with the on-duty manager, who stated that the store did not have surveillance cameras covering the outside parking lot or gas station.

12. On June 14, 2021, SA Filippi served a preservation letter to Verizon for cellular number (808) 217-6414, and SA Mulhollen obtained a search warrant for the phone number.

13. On June 14, 2021, an autopsy was performed on S.W. The full report is not yet ready, but SA Mulhollen spoke to an Investigator with the Coconino County Office of the Medical Examiner who stated the cause of death was blunt force trauma and the manner of death was homicide.

3

14. On June 17, 2021, SA Mulhollen received the search warrant returns for S.W.'s phone number. SA King reviewed the information. According to the phone records, a phone call was made to S.W.'s phone by (928) 890-4564 on June 11 at approximately 1:09 A.M. The call is the last incoming call to S.W.'s phone.

15. Agents determined that (928) 890-4564 was registered to Lurlene Reed, who was also the registered owner of a 2017 GMC Sierra Crew Cab pickup. Based on this information, agents sought and obtained a search warrant from this Court for Ms. Reed's truck. The warrant was assigned case number 21-4182 MB and was signed by Judge Bibles on June 25, 2021.

16. Agents executed the warrant and also spoke to Ms. Reed. Ms. Reed provided a phone bill to show that her phone number was not (928) 890-4564 and was therefore not the last number to call S.W. before she was murdered.

17. Agents conducted an additional law enforcement database search for (928) 890-4564 and discovered that the number is associated with 1625 N. West St. in Flagstaff, Arizona.

18. On June 30, 2021, SA Jacob Holub drove past 1625 N. West St. in Flagstaff, Arizona, and observed a blue GMC Sierra parked in the driveway. The GMC Sierra is lifted with large tires. SA Holub took a picture of the truck, which is included in Attachment A.

Case 3:21-mb-04184-CDB   Document 1   Filed 06/30/21   Page 12 of 13

19. Agents searched vehicle records and discovered that a 2010 GMC Sierra with Arizona license plate number CNF5059 and VIN 3GTRKTE32AG267210 is registered to Trevor Begay at 1625 N. West St. in Flagstaff, Arizona.

20. Based on your Affiant's training, education, and experience, violent crimes often result in trace evidence being left behind at the crime scene, on clothing, and in vehicles. Thus, your Affiant is seeking a warrant to search Trevor Begay's 2010 GMC truck for evidence related to S.W.'s murder, including DNA evidence, blood evidence, clothing, and any weapon related to this murder, as further described in ATTACHMENT B.

21. Additionally, based on your Affiant's training and experience, indicia of ownership and/or occupancy are important in a criminal case. It can help establish possession or control of the vehicle, knowledge, and intent. Based on your Affiant's training and experience, indicia of ownership and occupancy includes such things as: personal effects, backpacks, purses, wallets, mail showing a person's address, receipts, vehicle title, registration, identification cards, and photographs of the items inside the vehicle.

## Conclusion

22. Based on the foregoing, your Affiant believes there is probable cause to support that violations of federal law have occurred as described above. The place to be searched is particularly described in ATTACHMENT A, and the things to be searched for and/or seized are described with particularly in ATTACHMENT B. Accordingly, your

5

Affiant requests the issuance of a federal search warrant for Trevor Begay's GMC truck, as fully described in ATTACHMENT A,.

23. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. Specifically, the Court is "a district court of the United States (including a magistrate judge of such a court) that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

24. **Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.**

Dated: 6/30/2021

Special Agent Brandon King
Federal Bureau of Investigation

Subscribed and sworn to telephonically this ___30th___ day of June, 2021.

HONORABLE CAMILLE D. BIBLES
United States Magistrate Judge
District of Arizona